UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BORCHE GJOREVSKI,<br>*on behalf of himself and others similarly situated*,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>LIMANI 51, LLC, d/b/a LIMANI<br>and FRANCO SUKAJ<br>　　　　　　　　　Defendants. | No: 1:21-cv-3656(ER)<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants LIMANI 51, LLC d/b/a LIMANI and FRANCO SUKAJ (collectively, "Defendants") having offered to allow Plaintiff BORCHE GJOREVSKI ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Thirty Thousand Dollars ($30,000.00) for Plaintiff's federal and state law claims, plus a separate award of reasonable attorneys' fees and costs in such amount to be determined by the Court;

WHEREAS, on January 4, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' offer of judgment (Dkt. No. 19);

It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiff in the amount of $30,000.00 as against Defendants in full and final resolution of all of Plaintiff's claims in this action. Plaintiff's counsel shall have forty-five days from the date of this Order to file an application for reasonable attorney's fees and costs unless fees are otherwise agreed upon between the parties.

SO ORDERED:

Dated: _____, 2022　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. EDGARDO RAMOS
　　　　　　　　　　　　　　　　　　　　　United States District Judge