**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BORCHE GJOREVSKI,
*on behalf of himself and others similarly situated*,

No: 1:21-cv-3656(ER)

        Plaintiff,

    v.

**RULE 68 JUDGMENT**

LIMANI 51, LLC, d/b/a LIMANI
and FRANCO SUKAJ
           Defendants.

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants LIMANI 51, LLC d/b/a LIMANI and FRANCO SUKAJ (collectively, "Defendants") having offered to allow Plaintiff BORCHE GJOREVSKI ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Thirty Thousand Dollars ($30,000.00) for Plaintiff's federal and state law claims, plus a separate award of reasonable attorneys' fees and costs in such amount to be determined by the Court;

      WHEREAS, on January 4, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' offer of judgment (Dkt. No. 19);

      It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiff in the amount of $30,000.00 as against Defendants in full and final resolution of all of Plaintiff's claims in this action.  Plaintiff's counsel shall have forty-five days from the date of this Order to file an application for reasonable attorney's fees and costs unless fees are otherwise agreed upon between the parties.

SO ORDERED:

Dated: _____January 12_ , 2022

_____
HON. EDGARDO RAMOS
United States District Judge